GRAVER TANK & MFG. CO., INC. *v.* MAHER.

[No. 19,022. Filed January 31, 1958.]

*Fred F. Eichhorn,* of Gary, for appellant.

*Max Cohen,* of Gary, for appellee.

PER CURIAM.—The question presented by this appeal being one purely of fact and three judges of this court, being convinced that the award herein should be reversed and three judges being of the opinion that the said award should be affirmed and this cause not being subject to transfer to the Supreme Court for failure of four judges to agree on a decision the award herein is hereby affirmed.

NOTE.—Reported in 147 N. E. 2d 598.